UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GS HOLISTIC, LLC, | CASE NO. C23-0401JLR |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| HR LLC, et al., | |
| Defendants. | |

On June 15, 2023, the Clerk entered default against Defendant HR LLC. (6/15/23 Default (Dkt. # 11).) On November 30, 2023, the court granted Plaintiff GS Holistic, LLC's ("GS Holistic") motion for entry of default against Defendant Hassan Pasha, but denied GS Holistic's motion for entry of default against Defendant Romaisa Asif for failure to demonstrate proper service. (11/30/23 Order (Dkt. # 13); *see also* 12/1/23 Default (Dkt. # 14).) On January 2, 2024, GS Holistic voluntarily dismissed its claims against Ms. Asif. (1/2/24 Notice (Dkt. # 15).) GS Holistic has made no further filings in this case since filing its notice of voluntary dismissal. (*See generally* Dkt.) Accordingly,

ORDER - 1

the court ORDERS GS Holistic to show cause, by no later than **July 23, 2024**, why the court should not dismiss this action with prejudice for failure to prosecute. *See Pagtalunan v. Galaza*, 291 F.3d 639, 64243 (9th Cir. 2002) (discussing factors that the court considers in determining whether to dismiss for failure to prosecute or to comply with a court order).

Dated this 8th day of July, 2024.

JAMES L. ROBART
United States District Judge

ORDER - 2