UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>HR LLC d/b/a KINGS SMOKE SHOP, and HASSAN PASHA,<br><br>          Defendants. | NO. 2:23-cv-00401-JLR<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE OVER-LENGTH MOTION** |

The Court has before it the Plaintiff, GS HOLISTIC, LLC's Motion for Leave to File Over-Length Motion (Dkt. # 18). Having considered Plaintiff's motion and finding good cause, the Court GRANTS Plaintiff leave to file a motion for default judgment exceeding 2,100 words by **2,460 words**.

IT IS SO ORDERED.

Dated this 24th day of July, 2024.

_____
United States District Court Judge

| | |
|---|---|
| 1 | |
| 2 | Presented by: |
| 3 | |
| 4 | /s/ Brett Harris |
| 5 | Brett Harris |
| 6 | Washington Bar #55680<br>Virgo Law |
| 7 | 119 1st Avenue South |
| 8 | Seattle, Washington 98104<br>Serv603@LegalBrains.com |
| 9 | Telephone: 561-232-2222<br>*Attorney for the Plaintiff* |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |